IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY TYRONE HOLMES, #217564, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:11cv687-TMH |
| ) | |
| LEON FORNISS, WARDEN, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER AND OPINION**

On May 28, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief filed by Larry Holmes is DENIED and DISMISSED with prejudice as time-barred.

Done this the 7th day of August, 2013.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE